WILLIAMSON v. LIPTZIN

No. 50P01

Case below: 141 N.C. App. 1

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 May 2001. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed as moot 3 May 2001.

PETITION TO REHEAR

MEDICAL MUT. INS. CO. OF N.C. v. MAULDIN

No. 222PA00

Case below: 353 N.C. 352

Petition by defendant to rehear pursuant to Rule 31 denied 3 May 2001. Justice Martin recused.